No. 09–11328. DAVIS *v.* UNITED STATES. C. A. 11th Cir. [Certiorari granted, 562 U. S. 1002.] Motion of petitioner for appointment of counsel granted. William W. Whatley, Esq., of Montgomery, Ala., is appointed to serve as counsel for petitioner in this case.

No. 10–290. MICROSOFT CORP. *v.* I4I LIMITED PARTNERSHIP ET AL. C. A. Fed. Cir. [Certiorari granted, 562 U. S. 1060.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. THE CHIEF JUSTICE took no part in the consideration or decision of this motion.

No. 10–779. SORRELL, ATTORNEY GENERAL OF VERMONT, ET AL. *v.* IMS HEALTH INC. ET AL. C. A. 2d Cir. [Certiorari granted, 562 U. S. 1127.] Motion of respondents for divided argument denied.

No. 10–5400. TAPIA *v.* UNITED STATES. C. A. 9th Cir. [Certiorari granted, 562 U. S. 1104.] Motion of the Acting Solicitor General for divided argument granted.

No. 10–7786. SIMPSON *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [562 U. S. 1210] denied.

No. 10–8744. CARNEY *v.* CARNEY. Dist. Ct. App. Fla., 1st Dist.;

No. 10–8784. FAYIGA *v.* CASSAGNOL ET AL. Dist. Ct. App. Fla., 3d Dist.;

No. 10–8794. ANTONELLIS *v.* CUMBERLAND COUNTY SCHOOLS BOARD OF EDUCATION ET AL. Ct. App. N. C.;

No. 10–9069. MONROE *v.* KRIPPEL ET AL. C. A. 4th Cir.; and

No. 10–9253. EVANS *v.* UNITED STATES. C. A. 8th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until April 25, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.